**Opinion issued January 14, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00829-CV

———————————

**JOEL LANDRICK ARD, JR., Appellant**

**V.**

**AVIGNON HOLDINGS, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1035989**

---

## MEMORANDUM OPINION

Appellant, Joel Landrick Ard, Jr., has neither paid the required fees nor

established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1;

*see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013);

Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts

of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5; 42.3(c).

We dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.